IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.

HARIETTE D. STAFFORD

CASE NO.: CR208-15

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The portion of Defendant's Motion in Limine seeking to exclude the April 23, 2007, statement is **denied**. The Government is entitled to use Stafford's statements as evidence.

**SO ORDERED**, this 13 day of March, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA